FILED'06 JUN 28 08:27USDC-ORP

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

LORI L. FRAZIER,
      Plaintiff,

v.

JO ANNE B. BARNHART,
Commissioner of Social Security,
      Defendant.

CV-05-6241-KI

ORDER

---

Based upon the stipulation of the parties, it is hereby **ORDERED** that attorney fees in the amount of $5,628.00 and costs in the amount of $250.00, for a total of $5,878.00, are awarded to Plaintiff's Attorney, Richard F. McGinty, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. There are no expenses to be paid herein.

DATED this 27 day of June, 2006.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE

presented by:
Richard F. McGinty, OSB # 86071
Attorney for Plaintiff